JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Sidney Blum | Case No.  CV 16-07382-AB (PLAx) |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Stout Risius Ross, Inc., et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 22, 2018    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE